**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>THGH Liquidating LLC, *et al.*,<br><br>Liquidating Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br>Jointly Administered |
| WILLOW TREE CONSULTING GROUP, LLC, LIQUIDATING TRUSTEE OF THE TH LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER GROTTENTHALER, INDIVIDUALLY AND AS TRUSTEE OF THE GROBERRY FAMILY TRUST, CHRISTIAN RICHARDS, MICHAEL OSTERHOFF, INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL OSTERHOFF REVOCABLE TRUST, GARY SMITH, KENNETH JOHNSON, CAROL NELLIS, LARRY R. COVERT, FERNANDO DE LEON, TIMOTHY TATAROWICZ, TOM D. WIPPMAN, TRUE HEALTH DIAGNOSTIC MANAGEMENT, LLC, JENNIFER BARRY GROTTENTHALER, INDIVIDUALLY AND AS TRUSTEE OF THE LIL FAMILY TRUST, DANIEL GROTTENTHALER, CLG INVESTMENTS, LLC, CLG CAPITAL, LLC, SOUTH DAKOTA TRUST COMPANY, LLC TRUSTEE OF THE GROTTENTHALER 2017 IRREVOCABLE TRUST, JENNIFER | Adv. Pro. No. 22-50415 (JTD) |

[1] The Liquidating Debtors in these cases, along with the last four digits of each Liquidating Debtors' federal EIN, are as follows: THGH Liquidating LLC f/k/a THG Holdings LLC (8292); THGL Liquidating LLC f/k/a True Health Group LLC (9158); THCL Liquidating LLC f/k/a True Health Clinical LLC (5272); THDL Liquidating LLC f/k/a True Health Diagnostics LLC (9452); THIP Liquidating LLC f/k/a True Health IP LLC (5427); THOM Liquidating LLC f/k/a Outreach Management Solutions LLC d/b/a True Health Outreach (9424); THHC Liquidating LLC f/k/a Health Core Financial LLC d/b/a True Health Financial (6614). The Liquidating Debtors' mailing address is TH Liquidating Trust, 2700 Patriot Boulevard, Suite 250, Glenview, Illinois 60026.

GROTTENTHALER 2019 IRREVOCABLE TRUST AND JBG IRREVOCABLE TRUST, ROBERT OSTERHOFF, COVERT INVESTMENT OPERATIONS, LLC, LCG VENTURES, LLC, LCG VENTURES II, LLC, ALBA DURATA, LLC, JACOB J. NOVAK, KAREN MILLER, ANCELMO E. LOPES, RJ INVESTMENTS CO., ALEXANDRA NETTESHEIM, MATTHEW G. MILBURN, BLAKE WHITAKER, MELINDA J. MILBURN, MICHAEL CLEMENTS, RYAN M. NELLIS, EDWARD M. MCCANN, CHRISTOPHER W. KLING, BRUCE A. ZIVIAN, TIMOTHY HICKEY, DANA MORGAN-HOVIND, MARK T. SMITH, MOHIT KHAN, AND KENT R. MITCHELL,

Defendants.

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
824 Market Street, 3rd Floor
Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

Derek C. Abbott
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street, P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9357
Facsimile: (302) 425-4664

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Address: Online via Zoom | Room: Online via Zoom<br>(see forthcoming agenda)<br><br>Date and Time:<br>October 18, 2022, at 10:00 a.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**United States Bankruptcy Court for the District of Delaware**

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

Date: September 13, 2022