# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>THGH Liquidating LLC, *et al.*,<br><br>                Liquidating Debtors.[1] | Chapter 11<br><br>Case No. 19-11689 (JTD)<br>Jointly Administered |
| WILLOW TREE CONSULTING GROUP, LLC, LIQUIDATING TRUSTEE OF THE TH LIQUIDATING TRUST,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTOPHER GROTTENTHALER, INDIVIDUALLY AND AS TRUSTEE OF THE GROBERRY FAMILY TRUST, CHRISTIAN RICHARDS, MICHAEL OSTERHOFF, INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL OSTERHOFF REVOCABLE TRUST, GARY SMITH, KENNETH JOHNSON, CAROL NELLIS, LARRY R. COVERT, FERNANDO DE LEON, TIMOTHY TATAROWICZ, TOM D. WIPPMAN, TRUE HEALTH DIAGNOSTIC MANAGEMENT, LLC, JENNIFER BARRY GROTTENTHALER, INDIVIDUALLY AND AS TRUSTEE OF THE LIL FAMILY TRUST, DANIEL GROTTENTHALER, CLG INVESTMENTS, LLC, CLG CAPITAL, LLC, SOUTH DAKOTA TRUST COMPANY, LLC TRUSTEE OF THE GROTTENTHALER 2017 IRREVOCABLE TRUST, JENNIFER GROTTENTHALER 2019 IRREVOCABLE | Adv. Pro. No. 22-50415 (JTD)<br><br>**Re: D.I. 1** |

---

[1] The Liquidating Debtors in these cases, along with the last four digits of each Liquidating Debtors' federal EIN, are as follows: THGH Liquidating LLC f/k/a THG Holdings LLC (8292); THGL Liquidating LLC f/k/a True Health Group LLC (9158); THCL Liquidating LLC f/k/a True Health Clinical LLC (5272); THDL Liquidating LLC f/k/a True Health Diagnostics LLC (9452); THIP Liquidating LLC f/k/a True Health IP LLC (5427); THOM Liquidating LLC f/k/a Outreach Management Solutions LLC d/b/a True Health Outreach (9424); THHC Liquidating LLC f/k/a Health Core Financial LLC d/b/a True Health Financial (6614). The Liquidating Debtors' mailing address is TH Liquidating Trust, 2700 Patriot Boulevard, Suite 250, Glenview, Illinois 60026.

| |
|---|
| TRUST AND JBG IRREVOCABLE TRUST, ROBERT OSTERHOFF, COVERT INVESTMENT OPERATIONS, LLC, LCG VENTURES, LLC, LCG VENTURES II, LLC, ALBA DURATA, LLC, JACOB J. NOVAK, KAREN MILLER, ANCELMO E. LOPES, RJ INVESTMENTS CO., ALEXANDRA NETTESHEIM, MATTHEW G. MILBURN, BLAKE WHITAKER, MELINDA J. MILBURN, MICHAEL CLEMENTS, RYAN M. NELLIS, EDWARD M. MCCANN, CHRISTOPHER W. KLING, BRUCE A. ZIVIAN, TIMOTHY HICKEY, DANA MORGAN-HOVIND, MARK T. SMITH, MOHIT KHAN, AND KENT R. MITCHELL, |
| Defendants. |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), applicable through Federal Rule of Bankruptcy Procedure 7041, the trustee (the "Liquidating Trustee") of the TH Liquidating Trust established in the chapter 11 cases of the above-captioned liquidating debtors and the above-captioned defendants (collectively, the "Defendants" and, together with Liquidating Trustee, the "Parties"), through their respective undersigned counsel, hereby stipulate and agree as follows:

1. The Parties hereby agree to the dismissal of the claims in this adversary proceeding.

2. This adversary proceeding is not a class action, a receiver has not been appointed, and this adversary proceeding is not governed by any federal statute that requires an order of the Court for the stipulated dismissal herein.

3. The Liquidating Trustee and Defendants are the only parties who appeared in this case.

4. The Liquidating Trustee hereby stipulates to dismissal of his claims in this adversary proceeding against each Defendant, and this Stipulation of Dismissal dismisses the case

in its entirety. The Liquidating Trustee further agrees that he will not hereafter bring the claims asserted in this adversary proceeding against Defendants in the state and federal courts in Delaware. The Liquidating Trustee and the Defendants further agree that this Stipulation of Dismissal will not be a basis for any party to assert that the facts and claims asserted in this adversary proceeding are barred by the doctrines of res judicata, collateral estoppel or other preclusion doctrines in any other court of competent jurisdiction.

5. Each party will bear their own attorneys' fees, costs and expenses.

Dated: December 13, 2022
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Taylor M. Haga*
Derek C. Abbott (No. 3376)
Curtis S. Miller (No. 4583)
Daniel B. Butz (No. 4227)
Taylor M. Haga (No. 6549)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
dabbott@morrisnichols.com
cmiller@morrisnichols.com
dbutz@morrisnichols.com
thaga@morrisnichols.com

*Counsel to the TH Liquidating Trust*

*/s/ Christopher Winter (with permission)*
Christopher Winter
Delaware Bar No. 4163
DUANE MORRIS LLP
1201 North Market St, Suite 501
Wilmington, DE 19801
302-657-4900
cmwinter@duanemorris.com

*Attorneys for Defendants*
*Gary Smith, Kenneth Johnson, Carol Nellis,*
*Timothy Tatarowicz, Tom D.*
*Wippman, Mohit Kahn, and Kent R. Mitchell*

*/s/ Michael J. Joyce (with permission)*
Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

Scott D. Lawrence, Esq.
WICK PHILLIPS GOULD & MARTIN, LLP.
3131 McKinney Ave.
Suite 500
Dallas, TX 75204
Telephone: (214)-420-4449
scott.lawrence@wickphillips.com

*Counsel to Fernando De Leon*
*LCG Ventures, LLC and*
*LCG Ventures II, LLC*

*/s/ Michael J. Joyce (with permission)*
Michael J. Joyce (No. 4563)
JOYCE, LLC
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

-and-

William S. Snyder, Esq.
David C. Miller, Esq.
Ilan Borochov, Esq.
Boyce Holleman, Esq.
BRADLEY ARANT BOULT CUMMINGS, LLP
Fountain Place
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
214.257.9814
wsnyder@bradley.com
dmiller@bradley.com
iborochov@bradley.com
bholleman@bradley.com

*Counsel for Larry Covert*
*Covert Investment Operations, LLC*

 /s/ Kevin M. Capuzzi (with permission)
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*Counsel to the Specially Appearing Defendants Ed McCann, Mark T. Smith, Ancelmo Lopes, Alexandra Nettesheim, Michael Clements, Melinda Milburn, Bruce Zivian, Matthew Milburn, Ryan M. Nellis, Alba Durata, LLC, and RJ Investments, GP*

/s/ Richard M. Beck
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801
(302) 552-5501
Email: rbeck@klehr.com
sveghte@klehr.com

*Counsel for Defendants Christian Richards, Blake Whitaker, Michael Osterhoff, Christopher Grottenthaler, individually and as Trustee for the Groberry Family Trust, True Health Diagnostic Management, LLC, CLG Investments, LLC and CLG Capital, LLC*

/s/ Morgan L. Patterson
WOMBLE BOND DICKINSON (US) LLP
Morgan L. Patterson (Del. Bar No. 5388) 1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4337
Facsimile: (302) 252-4330
Email: morgan.patterson@wbd-us.com

-and-
MUNSCH HARDT KOPF & HARR, P.C.
Deborah M. Perry
Michael C. Lee
500 N. Akard Street, Suite 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
Email:  dperry@munsch.com
Email: mlee@munsch.com

*Counsel to Jacob J. Novak*


/s/ Chris Kling
Chris Kling, *pro se*

/s/ Daniel Grottenthaler
Daniel Grottenthaler, *pro se*

/s/ Jennifer Grottenthaler
Jennifer Grottenthaler, *pro se*

/s/ Robert Osterhoff
Robert Osterhoff, *pro se*

/s/ Tim Hickey
Tim Hickey, *pro se*

/s/ Karen Miller
Karen Miller, *pro se*